1030

[No. 65014-9-I.   Division One.   January 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE ARNOLD POWELL, JR., *Appellant*.

*Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Schindler, JJ.

[No. 65063-7-I.   Division One.   January 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MOSES PUGA, *Appellant*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 65171-4-I.   Division One.   January 18, 2011.]

*In the Matter of the Dependency of* C.T.H.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DIANA ENDSLEY, *Appellant*.

*Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Spearman, JJ.

[No. 28296-1-III.   Division Three.   January 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW ALLEN LOGES, *Appellant*.

*Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.